UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**
Sealed
June 25, 2021
Public and unofficial staff access
to this instrument are
prohibited by court order
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VANESSA FERNANDE SILLABI<br>aka Chocolate,<br><br>Defendant. | §§§§§§§§§§§§§§§§§<br><br>CRIMINAL NO:<br><br>**SEALED**   4:21cr350 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

VANESSA FERNANDE SILLABI aka Chocolate

■ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on June 23, 2021.

*Frances H. Stacy*
UNITED STATES MAGISTRATE JUDGE