IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.: 4:21-CR-00350 |
| | § | |
| VANESSA SILLABI | § | UNDER SEAL |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE GEORGE C. HANKS, JR.:**

**COMES NOW, VANESSA SILLABI,** by and through her Attorney of Record, and files this Unopposed Motion for Continuance, in the above-entitled and numbered cause, for the following reasons, as to-wit:

Defendant has been charged with one Count in violation of Title 18, U.S.C. § 1594 with trafficking conspiracy; and two Counts in violation of Title 18, U.S.C. § 1591 and 2, with trafficking of minor victim.

Sentencing is currently set for November 4, 2024 at 11a.

I.

The Defendant respectfully requests a continuance as to her Sentencing in this matter. In the interests of justice and her ongoing cooperation with the Government, Ms. SILLABI requests that it be continued until after January 2025. The Government is not opposed to the continuance; and as a result of scheduling, also requested that Sentencing be continued until after January.

II.

This request for continuance is not for purposes of delay.

The AUSA Anthony R. Franklyn is unopposed to this motion, and USPO Jennifer

Franklin has indicated that the Defendant is in compliance with her conditions, and defers to the Government.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this Unopposed Motion for Continuance be GRANTED.

Respectfully Submitted,

/s/ Robert A. Jones
**ROBERT A. JONES**
4101 Greenbriar Dr., Suite 210
Houston, TX  77098
713.526.1171
rajoneslaw@aol.com
Fed Bar No. 12692

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Unopposed Motion for Continuance was electronically forwarded to AUSA Anthony R. Franklyn and USPO Jennifer Franklin.

/s/ Robert A. Jones
**ROBERT A. JONES**

### CERTIFICATE OF CONFERENCE

Counsel has been in contact with AUSA Anthony Franklyn who is unopposed to this motion. USPO Jennifer Franklin defers to the Government.

/s/ Robert A. Jones
**ROBERT A. JONES**

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:21-CR-00350** |
| | § | |
| **VANESSA SILLABI** | § | **UNDER SEAL** |

## ORDER

It is hereby **ORDERED** that the Motion for Continuance is hereby:

_____   **GRANTED**

_____   **DENIED**

**SIGNED ON:** _____

_____
**JUDGE GEORGE C. HANKS, JR.**