United States District Court
Southern District of Texas
**ENTERED**
October 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:21-CR-350-3 |
| § | |
| VANESSA FERNANDE SILLABI § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion to Continue Sentencing. (Dkt. 520)

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue Sentencing is **GRANTED**.

It is further **ORDERED** that sentencing of the Defendant is reset as follows:

1. By **December 23, 2024**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.
2. By **January 6, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.
3. The sentencing will be held on **January 14, 2025 at 10:30 AM.**

SIGNED at Houston, Texas on October 8, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE