**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:21-CR-00350** |
| | § | |
| **VANESSA FERNANDE SILLABI** | § | |

**MOTION TO WITHDRAW**

**TO THE HONORABLE JUDGE GEORGE C. HANKS:**

**COMES NOW**, Robert A. Jones, Attorney of Record for VANESSA FERNANDE

SILLABI, and hereby moves the Court to allow Attorney Robert A. Jones to withdraw as

Counsel of Record in this matter.  Counsel was appointed to represent the Defendant

through to Trial and/or Sentencing.

Counsel, therefore, moves the Court for an order allowing him to withdraw as

Counsel of Record in this matter.

Respectfully Submitted,

/s/Robert A. Jones
**ROBERT A. JONES**
4101 Greenbriar, Ste. 210
Houston, Texas 77098
rajoneslaw@aol.com
Office  713.526.1171
Fed ID. 12692

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing motion was forwarded to AUSA

Anthony Franklyn via electronic mail.

/s/ Robert A. Jones
**ROBERT A. JONES**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:21-CR-00350** |
| | § | |
| **VANESSA FERNANDE SILLABI** | § | |

## ORDER ON MOTION TO WITHDRAW

It is hereby ORDERED that the Defendant's Motion to Withdraw is hereby GRANTED.

**SIGNED** on this the _____ day of _____, 2026, at Houston, Texas.

<br>

**GEORGE C. HANKS**
**UNITED STATES DISTRICT JUDGE**